**13cr30028 MAP**

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** Category No. II  Investigating Agency: FBI/MSP
**City:** Lee
**County:** Berkshire

**Related Case Information:**
Superseding Ind./ Inf.: No  Case No.: --
Same Defendant: --  New Defendant: --
Magistrate Judge Case Number: --
Search Warrant Case Number: 12-mj-3084A-F
R 20/R 40 from District of: --

**Defendant Information:**
Defendant Name: Buffis, Joseph  Juvenile: ☐ Yes ☑ No
Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No
Alias Name: --
Address: (City & State) Lee, MA
Birth date (Yr only): 1958  SSN (last4#): 6053  Sex: M  Race: White  Nationality: USA
Defense Counsel if known: Lori H. Levinson  Address: 500 Main Street, Suite 2
Bar Number: --  Great Barrington, MA 01230

**U.S. Attorney Information:**
AUSA: Steven H. Breslow  Bar Number if applicable: --
Interpreter: ☐ Yes ☑ No  List language and/or dialect: --
Victims: ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No
Matter to be SEALED: ☐ Yes ☑ No
☐ Warrant Requested  ☑ Regular Process  ☐ In Custody

**Location Status:**
Arrest Date:
☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:** ☐ Complaint  ☐ Information  ☑ Indictment
**Total # of Counts:** ☐ Petty --  ☐ Misdemeanor --  ☑ Felony 4

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: August 8, 2013  Signature of AUSA:

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Buffis, Joseph

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC § 1951 | Extortion Under Color Of Official Right And By Wrongful Use of Fear | 1 |
| Set 2 | 18 USC § 1956(a)(1)(B)(i) | Money Laundering | 2-4 |
| Set 3 | 18 U.S.C. §§ 981, 982 and 28 U.S.C. § 2461 | Forfeiture Allegations | -- |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____